Filing # 111080867 E-Filed 07/31/2020 09:06:09 AM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

CASE NO.:

ELISE REESE,

    Plaintiff,

vs.

CIRCLE K STORES, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, ELISE REESE, by and through her undersigned attorneys, and sues Defendant, CIRCLE K STORES, INC., and alleges as follows:

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, ELISE REESE, is a natural person residing in Marion County, Florida.

3. At all times material to this action, Defendant, CIRCLE K STORES, INC., was a Foreign For Profit Corporation licensed to do business and doing business in the State of Florida.

4. At all times material to this action, Defendant, CIRCLE K STORES, INC., owned, operated, possessed and maintained control of a convenience retail store establishment known as Circle K located at 909 N.E. 28th Street, Ocala, Marion County, Florida, which was open to the public.

5. On or about August 12, 2019, Plaintiff, ELISE REESE, was a patron and business invitee on Defendant's premises located at 909 N.E. 28th Street, Ocala, Florida 34470.

6. At said time and place, Plaintiff, ELISE REESE, was a patron and business invitee at the convenience retail store establishment, lawfully upon the premises of Defendant, who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the premises/sidewalk/parking lot, thus creating a slip or trip hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the premises/sidewalk/parking lot, as specified above, to ascertain whether the transitory foreign substance constituted a slip or trip hazard to pedestrians utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   c) Negligently failing to inspect or adequately warn Plaintiff of the danger of the premises/sidewalk/parking lot, when Defendant knew or through the exercise of

reasonable care should have known that said premises was unreasonably dangerous and that Plaintiff was unaware of same;

d) Negligently failing to correct and/or maintain and repair and/or adequately correct and/or replace the unreasonably dangerous condition on the sidewalk/parking lot on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

e) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting the premises for dangerous conditions;

f) Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions; and

g) Negligently failing to act reasonably under the circumstances.

8. As a result, while Plaintiff was visiting Defendant's premises, she slipped and fell on the wet, slimy sidewalk/parking lot area suffering personal injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing conditions in the past and continuing into the future. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ELISE REESE, sues Defendant, CIRCLE K STORES, INC., for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands a trial by jury on all issues so triable.

RESPECTFULLY submitted this 31st day of July, 2020.

*/s/ Susan M. Payne, Esquire*

SUSAN M. PAYNE, ESQUIRE
Florida Bar No.: 110388
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Email: susanpayne@forthepeople.com,
cdiaz@forthepeople.com
Attorneys for Plaintiff